**Order entered September 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00362-CR
No. 05-18-00363-CR
No. 05-18-00364-CR

**JOHN F. SEAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F17-44837-P, F17-44838-P & F17-44846-P

## ORDER

By order dated July 18, 2018, we ordered appellant to provide the Court with written verification that the reporter's record had been requested. We cautioned appellant that the failure to do so might result in the appeals being submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c). To date, we have received no communication from appellant regarding the reporter's record.

We **ORDER** these appeals submitted without a reporter's record. Appellant's brief is **DUE** thirty days from the date of this order.

/s/     LANA MYERS
        JUSTICE